RECEIVED

JUL 2 7 2006

AO 440 (Rev. 8/01) Summons in a Civil Action

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

District of _____ Columbia _____

Rebekah H. Miller

V.

UNITED STATES GOVERNMENT

## SUMMONS IN A CIVIL ACTION

CASE NUMBER 1:06CV01250

JUDGE: Ricardo M. Urbina

DECK TYPE: Pro se General Civil

DATE STAMP: 07/10/2006

TO: (Name and address of Defendant)

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF *PRO SE* (name and address)

Rebekah H. Miller
c/o 77 Mulberry Court
Arden, Nrth Carolina [PZ 28704]
828-687-0116

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          JUL 10 2006
CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Columbia _____

Rebekah H. Miller

**SUMMONS IN A CIVIL ACTION**

V.

UNITED STATES GOVERNMENT

CASE NUMBER  1:06CV01250

JUDGE: Ricardo M. Urbina

DECK TYPE: Pro se General Civ

DATE STAMP: 07/10/2006

TO: (Name and address of Defendant)

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF *Pro se* (name and address)

Rebekah H. Miller
c/o 77 Mulberry Court
Arden, Nrth Carolina [PZ 28704]
828-687-0116

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                     JUL 10 2006
CLERK                                                                           DATE

(By) DEPUTY CLERK

◊AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 7/18/06 |
| NAME OF SERVER *(PRINT)* John L McKinley | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):  USPS Cert # 7003 3110 0005 2316 7689

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/18/06         *John L. McKinley*
                Date            Signature of Server

                                102 Banks Ter
                                Address of Server
                                Hendersville NC

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**UNITED STATES POSTAL SERVICE**

## Track/Confirm - Intranet Item Inquiry - Domestic

| | | |
|---|---|---|
| **Item:** 7003 3110 0005 2316 7689 | **Date/Time Mailed:** 07/18/2006 10:11 | |
| **Destination** **ZIP Code:** 20530 | **City:** WASHINGTON | **State:** DC |
| **Origin** **ZIP Code:** 28732-8238 | **City:** FLETCHER | **State:** NC |

**Class:** Priority Mail
**Anticipated Delivery Date:** 07/20/2006
**Weight:** 1 lb(s) 6 oz(s)     **Postage:** $4.05
**Firm Book ID:** 5100 A95K 02H0 0001 1078
**Delv Rqmt:** Normal     **PO Box?:** N

| Special Services | Associated Labels | Amount |
|---|---|---|
| CERTIFIED MAIL | 7003 3110 0005 2316 7689 | $2.40 |
| RETURN RECEIPT | | $1.85 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 07/20/2006 05:00 | WASHINGTON, DC 20530 | 00A70W35E |
| | Firm Name: JUSTICE 20530 PU | | |
| | Recipient: 'M PARRIS' | | |
| | [Request Delivery Record] | | |
| | (A PS Form 3849, Delivery Receipt, has not been appended to this record. If the item was recently delivered, the Delivery Receipt may not yet have been scanned.) | | |
| ARRIVAL AT UNIT | 07/20/2006 02:47 | WASHINGTON, DC 20022 | 00A95K02H |
| NOTICE LEFT | 07/20/2006 01:10 | WASHINGTON, DC 20530 | 00A95K02H |
| ACCEPT OR PICKUP | 07/18/2006 10:11 | FLETCHER, NC 28732 | |

**Enter Request Type and Item Number:**

**Quick Search** ⦿     **Extensive Search** ○

[Explanation of Quick and Extensive Searches]

[Submit]



*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Columbia

Rebekah H. Miller

V.

UNITED STATES GOVERNMENT

**SUMMONS IN A CIVIL ACTION**

CASE    CASE NUMBER 1:06CV01250

JUDGE: Ricardo M. Urbina

DECK TYPE: Pro se General Civil

DATE STAMP: 07/10/2006

TO: (Name and address of Defendant)

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
501 3rd Street NW
Washington, District of Columbia 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ~~████~~ *PRO SE* (name and address)

Rebekah H. Miller
c/o 77 Mulberry Court
Arden, North Carolina [PZ 28704]
828-687-0116

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON     **JUL 10 2006**
CLERK     DATE

_/s/ Lauren Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Columbia _____

Rebekah H. Miller

V.

UNITED STATES GOVERNMENT

**SUMMONS IN A CIVIL ACTION**

CASE    CASE NUMBER 1:06CV01250

JUDGE: Ricardo M. Urbina

DECK TYPE: Pro se General Civil

DATE STAMP: 07/__/2006

TO: (Name and address of Defendant)

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
501 3rd Street NW
Washington, District of Columbia 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ~~[redacted]~~ (name and address)

Rebekah H. Miller
c/o 77 Mulberry Court
Arden, North Carolina [PZ 28704]
828-687-0116

an answer to the complaint which is served on you with this summons, within ____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JUL 10 2006
CLERK                                          DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7/18/06 |
| NAME OF SERVER (PRINT) John L McKinley | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): USPS Cert # 7003 3110 0005 2816 7672

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/18/06
            Date        Signature of Server

Address of Server: 102 Banks Ter, Hendersonville NC

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**UNITED STATES POSTAL SERVICE**

## Track/Confirm - Intranet Item Inquiry - Domestic

**Item:** 7003 3110 0005 2316 7672           **Date/Time Mailed:** 07/18/2006 10:11

| | | | |
|---|---|---|---|
| **Destination** | **ZIP Code:** 20001 | **City:** WASHINGTON | **State:** DC |
| **Origin** | **ZIP Code:** 28732-8238 | **City:** FLETCHER | **State:** NC |

**Class:** Priority Mail

**Anticipated Delivery Date:** 07/20/2006

**Weight:** 1 lb(s) 6 oz(s)           **Postage:** $4.05

**Firm Book ID:** 51K5 2890 7000 0000 1436

**Delv Rqmt:** Normal           **PO Box?:** N

| Special Services | Associated Labels | Amount |
|---|---|---|
| CERTIFIED MAIL | 7003 3110 0005 2316 7672 | $2.40 |
| RETURN RECEIPT | | $1.85 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 07/20/2006 10:34<br>Firm Name: US ATTORNEY<br>Recipient: 'W HAIGHT'<br>[Request Delivery Record]<br>[View Delivery Signature and Address] | WASHINGTON, DC 20001 | K528907 |
| ARRIVAL AT UNIT | 07/20/2006 09:46 | WASHINGTON, DC 20001 | K528907 |
| ACCEPT OR PICKUP | 07/18/2006 10:11 | FLETCHER, NC 28732 | |

Enter Request Type and Item Number:

**Quick Search** ⦿           **Extensive Search** ○

[Explanation of Quick and Extensive Searches]

[Submit]

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.

