IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REBEKAH H. MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:06cv01250 (RMU) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Jennifer L. Vozne as attorney for the defendant in the above-captioned proceeding.

DATED: September 18, 2006.

      Respectfully submitted,

      /s/ Jennifer L. Vozne
      JENNIFER L. VOZNE
      Trial Attorney, Tax Division
      U.S. Department of Justice
      P.O. Box 227
      Ben Franklin Station
      Washington, DC 20044
      Phone/Fax: (202) 307-6555/514-6866
      Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

1919925.1

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on September 18, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Rebekah H. Miller
>*Plaintiff pro se*
>77 Mulberry Court
>Arden, NC 28704

>         /s/ Jennifer L. Vozne
>        JENNIFER L. VOZNE

1919925.1