**Exhibit B**

Rebekah M Miller
c/o 77 Mulberry Court
Arden, North Carolina
The United States of America
April 18, 2006 A.D.

Assistant Commissioner
Internal Revenue Service
FOIA Request
Attn: Disclosure Officer
1111 Constitution Avenue N.W.
Washington, DC 20224

RE:   Account No. 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 used as an identifier within your systems of records

## *FREEDOM OF INFORMATION ACT / PRIVACY ACT REQUEST*

Disclosure Officer:

This is a request under the FREEDOM OF INFORMATION ACT at 5 U.S.C. 552, PRIVACY ACT at 5 U.S.C. 552a and INTERNAL REVENUE CODE at 26 U.S.C. 6103 and 6110. This request does not fall under exception 26 U.S.C. 6103(e)(7). These documents are not sought for commercial purposes. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702(f).

Understanding that most exemptions are discretionary, rather than mandatory, if for some reason you determine any portion of this request to be exempt from release, please furnish the following: (1) those portions reasonably segregable after the exempt material is deleted, (b) detailed justification for your discretionary exemption since the overriding objective of the FOIA is to maximize public access to agency records. See IRM [] 3[13.7.1 (08-31-2000) Approach to Exemptions; and, (c) provide the name of the official and correct address to whom an administrative appeal should be addressed.

I am requesting copies of records in lieu of personal inspection of the requested records.

I am attesting under the penalty of perjury under the laws of the united States of America 28 U.S.C. 1746(1) and from without the "United States", that I am a category 5 CFR 294.103(b) requester. Pursuant to 5 U.S.C. 552(a)(6)(A)(i), you have no more than 20 days to respond to this request.

Please send me a copy of all valid, properly executed Form(s) 23C (manual) Assessment Certificate and supporting documentation for the principal for each class of tax assessed as required by 26 USC §6203, and 26 C.F.R. §301.6203-1 which pertain to the above referenced requester and for tax years 1999, 2000, 2001, 2002, 2003, 2004 and 2005. Specifically, copies of each assessment signed under penalties of perjury, pursuant to 26 USC 6065, filed in the Office of the Secretary in accordance with 26 USC § 6203 which contain the name of the Requestor.

In your agency's response to my request, please identify the record systems searched as well as the scope, depth and nature of the search for appropriate data. Should you decide this request has been sent to the wrong office, please make certain that you forward it to the proper office and notify me of same.

I am aware of the penalties provided in 5 U.S.C. 552(a)(i)(3) for requesting or obtaining access to records under false pretenses.

Thank you for your attention to this matter.

*[signature]*

Rebekah H. Miller