
RECEIVED
NOV 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| Rebekah H. Miller, | No. 1:06cv01250 (RMU) |
| Plaintiff, | MOTION TO STRIKE |
| v. | |
| UNITED STATES, | |
| Defendant. | |

_____/

### MOTION BY PLAINTIFF TO STRIKE REPLY BRIEF

Plaintiff, Rebekah H. Miller, hereby moves this Court to strike the reply brief filed by Counsel for the defendant in violation of Federal Rule 7(a).

The instant action is to recover damages suffered by Plaintiff as a direct result of multiple disregards of the Internal Revenue Code by defendant's agents / agency. Plaintiff filed her complaint on July 10th, 2006. (Docket Entry No. 1.) On September 18th, 2006, defendant filed a motion to dismiss for lack of subject matter jurisdiction. (Docket Entry No. 4.) On September 27th, 2006, Plaintiff filed a response in opposition to defendant's motion. (Docket Entry No. 5.) On October 2nd, 2006, Counsel for the defendant filed a reply brief in violation of Fed. R. Civ. P. 7(a). (Docket Entry No. 6.)

With respect to motions practice, Fed. R. Civ. P. 7(a) permits only the filing of a motion and a response thereto. It provides: "No other pleading shall be allowed, except that the court may order a reply to an answer or a third-party answer." This Court has not requested that additional briefs be filed.

WHEREFORE, Plaintiff requests that the defendant's reply brief be stricken from the record.

Date: November 14th, 2006

Respectfully submitted,

*Rebekah H. Miller*
Rebekah H. Miller
c/o 77 Mulberry Court
Arden, North Carolina

## CERTIFICATE OF SERVICE

I certify that a true, correct, and complete copy of the foregoing MOTION TO STRIKE was served upon Counsel for defendant on the 14th day of November, 2006, by USPS, addressed as follows:

Jennifer L. Vozne
U.S. Dept. of Justice
P.O. Box 227
Washington, D.C. 20044

Date: November 14th, 2006

*Rebekah H. Miller*
Rebekah H. Miller