# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| Rebekah H. Miller, | No. 1:06cv01250 (RMU) |
| Plaintiff, | MOTION TO STRIKE |
| v. | |
| UNITED STATES, | |
| Defendant. | |

_____/

## ORDER

The Court, having considered the Plaintiff's motion to strike the reply brief entered by defendant, finds that the motion should be granted, and the reply brief, (Docket Entry No. 6.), should be stricken.

Accordingly, it is on this ____ day of _____ , 2006:

OREDERD that the Plaintiff's motion to strike is GRANTED; and it is further

ORDERED that defendant's reply brief is stricken in accordance with Federal Rule of Civil Procedure 7(a), and it is further;

ORDERED that the Clerk shall distribute copies of this order to the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Rebekah H. Miller
c/o 77 Mulberry Court
Arden, North Carolina
        28704

Jennifer L. Vozne
Trial Attorney, Tax Division
U.S. Dept. of Justice
P.O. Box 227
Washington, D.C.  20044


Kenneth L. Wainstein, Esq.
United States Attorney
District of District of Columbia
Judiciary Center Building
555 4th Street, NW
Washington, DC 20530