IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| REBEKAH H. MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:06cv01250 (RMU) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

### UNITED STATES' OPPOSITION TO MOTION TO STRIKE REPLY BRIEF

The United States opposes plaintiff's motion to strike the United States' reply to plaintiff's opposition to the motion to dismiss. Plaintiff asserts that the United States' reply should be stricken because Fed. R. Civ. P. 7(a) does not provide for reply briefs unless the Court otherwise orders and the Court did not order a reply brief. (Pl. Mot. to Strike at 1.) Rule 7(a) governs pleadings; rule 7(b) covers motions and does not ban replies. Moreover, pursuant to local rules, reply briefs are permitted. *See* LCvR 7(d). Because reply briefs are permitted, plaintiff's motion to strike should be denied.

DATE: December 1, 2006.        Respectfully submitted,

                                                                                   /s/ Jennifer L. Vozne
                                                                                   JENNIFER L. VOZNE
                                                                                   Trial Attorney, Tax Division
                                                                                   U.S. Department of Justice
                                                                                   Post Office Box 227
                                                                                   Washington, DC  20044
                                                                                   Phone/Fax:  (202) 307-6555/514-6866
                                                                                   Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' OPPOSITION TO MOTION TO STRIKE REPLY BRIEF and proposed ORDER were caused to be served upon plaintiff *pro se* on the 1st day of December, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

>Rebekah H. Miller
>*Plaintiff pro se*
>77 Mulberry Court
>Arden, NC 28704

>/s/ Jennifer L. Vozne
>JENNIFER L. VOZNE

2062193.1