IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| REBEKAH H. MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:06cv01250 (RMU) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

### **O R D E R**

Having considered plaintiff's motion to strike the United States' reply to plaintiff's opposition to the motion to dismiss, the United States' opposition, and any reply thereto, the Court concludes that the motion out to be and is DENIED.

Done this \_\_\_\_ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

JENNIFER L. VOZNE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, DC 20044
Email: Jennifer.L.Vozne@usdoj.gov

2062211.1

REBEKAH H. MILLER
*Plaintiff pro se*
77 Mulberry Court
Arden, NC 28704