IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| REBEKAH H. MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:06cv01250 (RMU) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**UNITED STATES' MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFF'S RESPONSE TO DECEMBER 1, 2006 ORDER TO SHOW CAUSE**

The United States seeks leave to file a short reply to plaintiff's response to the order to show cause because plaintiff raised new arguments to deny the United States' motion to dismiss.

STATEMENT

1.  On July 10, 2006, plaintiff filed a complaint alleging that, beginning with tax year 1999, the Internal Revenue Service (IRS) disregarded various provisions of the Internal Revenue Code. Plaintiff seeks damages for alleged "wrongful collection" of federal taxes, "replevin of any and all property," and an order "enjoining defendants' principals, officers, agents, and/or employees from further acting in disregard of law or regulation."

2.  The United States filed a motion to dismiss asserting that plaintiff failed to allege that she filed an administrative claim for damages.

3.  Plaintiff filed an opposition asserting in pertinent part that she filed an administrative claim on or about July 22, 2006. She asserted that she "would have ...

filed in May of 2006 but for the refusal of defendant's agency/agents to timely honor ... [her] Freedom of Information Act/Privacy Act requests." (Pl. Opp. to Mot. to Dismiss at 1.)

4. The United States filed a reply noting that plaintiff is required to file an administrative claim <u>prior</u> to filing suit and because she failed to do so, her complaint must be dismissed. (U.S. Repl. to Opp. to Mot. to Dismiss at 1-2.)

5. The Court ordered plaintiff to show cause why the United States' motion to dismiss should not be granted as conceded. (Dec. 1, 2006 Minute Order.)

6. Plaintiff responded by asserting that the United States filed a frivolous motion to dismiss for lack of subject matter jurisdiction in light of the fact that similar actions have been dismissed for failure to state a claim. (Pl. Resp. to Dec. 1, 2006 Order at 1-2.) She also presented a new argument. Plaintiff is now challenging the regulation. (Pl. Resp. to Dec. 1, 2006 at 2-8.)

7. The United States requests an opportunity to address plaintiff's argument attacking the regulation.

8. The United States' proposed reply to plaintiff's response to the December 1, 2006 minute order is attached. Also attached is a proposed order granting this motion.

//
//
//

CONCLUSION

The United States respectfully requests that the Court grant it leave to file the attached reply in order to address plaintiff's new argument in opposition to the United States' motion to dismiss.

DATED: December 20, 2006.

                                              Respectfully submitted,

                                              /s/ Jennifer L. Vozne
                                              JENNIFER L. VOZNE
                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice
                                              Post Office Box 227
                                              Washington, DC  20044
                                              Phone/Fax:  (202) 307-6555/514-6866
                                              Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFF'S RESPONSE TO DECEMBER 1, 2006 ORDER TO SHOW CAUSE, a proposed ORDER, and a proposed UNITED STATES' REPLY TO PLAINTIFF'S RESPONSE TO DECEMBER 1, 2006 ORDER TO SHOW CAUSE was caused to be served upon plaintiff *pro se* on the 20TH day of December, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

>Rebekah H. Miller
>*Plaintiff pro se*
>77 Mulberry Court
>Arden, NC 28704

>/s/ Jennifer L. Vozne
>JENNIFER L. VOZNE

2099161.1