IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| REBEKAH H. MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:06cv01250 (RMU) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Having considered the United States' motion for leave to file a reply to plaintiff's response to the December 1, 2006 order to show cause ("the motion"), any opposition and reply thereto, as well as the entire record of this case, the Court concludes that the motion out to be and is GRANTED. It is further ordered that the United States' reply to plaintiff's response to December 1, 2006 order to show cause attached to the motion is deemed filed.

Done this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

2101608.1

COPIES TO:

JENNIFER L. VOZNE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, DC 20044
Email: Jennifer.L.Vozne@usdoj.gov

REBEKAH H. MILLER
*Plaintiff pro se*
77 Mulberry Court
Arden, NC 28704

2101608.1