IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| REBEKAH H. MILLER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant. ) | Case No. 1:06-cv-01250 (RMU) |

**ENTRY OF APPEARANCE**

Please enter the appearance of Charles H. Keen in substitution for Jennifer L. Vozne in the above-referenced case.

DATE: January 12, 2007

                              Respectfully submitted,

                              /s/ Pat S. Genis
                              PAT S. GENIS
                              CHARLES H. KEEN
                              Trial Attorney, Tax Division
                              U.S. Department of Justice
                              Post Office Box 227
                              Washington, DC  20044
                              Phone/Fax:  (202) 307-6536/514-6866
                              Email: Charles.H.Keen@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' ENTRY OF APPEARANCE was caused to be served upon plaintiffs *pro se* on January 12, 2007, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

Rebekah H. Miller
*Plaintiffs Pro Se*
77 Mulberry Court
Arden, North Carolina 28704


　　　　　　　　　　　　　　　　　　/s/ Pat S. Genis
　　　　　　　　　　　　　　　　　　PAT S. GENIS

2154799.1