## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| REBEKAH H. MILLER, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 06-1250 |
| | : | | |
| v. | : | | |
| | : | Document No: | 4 |
| UNITED STATES, | : | | |
| | : | | |
| Defendant. | : | | |

## **ORDER**

For the reasons stated in the Memorandum Opinion contemporaneously filed herewith, it is this 19th day of July, 2007,

**ORDERED** that the defendant's motion to dismiss is **GRANTED**, it is

**SO ORDERED**.

                                                                        RICARDO M. URBINA
                                                                        United States District Judge